UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
CASE NO. 5:07-cv-00377-JHM

*ELECTRONICALLY FILED*

Eastern District of Kentucky
FILED
JAN 0 6 2010
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| DAVID LYCAN | PLAINTIFF |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF WASHINGTON MUTUAL BANK | DEFENDANT |

## AGREED ORDER OF DISMISSAL

Plaintiff, David E. Lycan, and Defendant, the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank, having reached an agreement concerning all of Plaintiff's claims against the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank, and the Court having fully considered the same and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all of Plaintiff's claims against the Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank, as set forth in the Amended Complaint, are hereby dismissed with prejudice, with each party to bear its own costs.

This the 6th day of January, 2010.

Joseph M. Hood
United States District Judge

HAVE SEEN AND AGREED TO:

/s/ Brian C. Baugh

_____
CHRISTOPHER R. CASHEN
ccashen@wyattfirm.com
BRIAN C. BAUGH
bbaugh@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
250 W. Main Street, Suite 1600
Lexington, Kentucky 40507

*Counsel for the Federal Deposit Insurance Corporation as Receiver of Washington Mutual Bank*

/s/ Joyce A. Merritt

_____
Joyce A. Merritt
jamlawyer@mindspring.com
Law Offices of Joyce A. Merritt, PSC
1010 Monarch Street
Suite 250
Lexington, Kentucky 40513

*Counsel for Plaintiff*

30539910.1